■ REDWOOD PRODUCTIONS, INC., Respondent, v MAJORICA JEWELRY, LTD., Appellant.—Order, Supreme Court, New York County (Beverly S. Cohen, J.), entered on or about June 1, 1990, unanimously affirmed for the reasons stated by Beverly S. Cohen, J., with costs. Motion by appellant granted to the extent of permitting withdrawal of an exhibit consisting of a copy of a videotape. No opinion. Concur—Carro, J. P., Rosenberger, Kupferman, Ross and Rubin, JJ.